UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>GLEN GOLDEN #361852,</u>

    Plaintiff,

v.                                          No.: 3:05-cv-472
                                              (VARLAN/SHIRLEY)

<u>WARDEN JACK MORGAN,</u>
<u>SGT. LEROY TURNER, BRUCE POTTER,</u>
<u>and LARENDA McCORMICK,</u>

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that this action is **DISMISSED** for failure to state a claim for relief. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                               <u>s/ Thomas A. Varlan</u>
                                               UNITED STATES DISTRICT JUDGE